IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JUANA B FLENOLD, | No. C -14-02729 EDL |
| Plaintiff, | **ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| STATEBRIDGE CO LLC, et al., | |
| Defendants. / | |

The September 9, 2014 hearing on Defendants' Motions to Dismiss and the Case Management Conference are continued to September 23, 2014 at 9:00 a.m. A joint Case Management Conference statement shall be filed no later than September 16, 2014.

**IT IS SO ORDERED.**

Dated: August _28_ 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge