IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LA JUANA B FLENOLD,

    Plaintiff,

v.

STATEBRIDGE CO LLC, et al.,

    Defendants.

No. 14-02729 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On September 2, 2014, counsel for Defendant Residential Credit Solutions, Inc. filed a request to appear telephonically at the case management conference and the hearings on the motions to dismiss in this case. The hearings have been consolidated to September 23, 2014 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED and counsel may appear by telephone at the September 23, 2014 hearing. Counsel shall stand by beginning at 9:00 a.m. on September 23, 2014 until called by the Court. No later than two Court days prior, Plaintiff shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: September 3, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge